JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)

*Proposed Attorneys for Debtors
and Debtors in Possession*

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Alpha Natural Resources, Inc.,<br>a Delaware corporation,<br><br>            Debtor.<br><br>Tax ID No.:  42-1638663 | Chapter 11<br>Case No. 15-33896 |
| In re:<br><br>Alex Energy, Inc.,<br>a West Virginia corporation,<br><br>            Debtor.<br><br>Tax ID No.:  55-0755384 | Chapter 11<br>Case No. 15-33911 |

In re:

Alpha American Coal Company, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  54-1947356

Chapter 11
Case No. 15-33913

---

In re:

Alpha American Coal Holding, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  13-2793319

Chapter 11
Case No. 15-33915

---

In re:

Alpha Appalachia Holdings, Inc.,
a Delaware corporation,

                Debtor.

Tax ID No.:  95-0740960

Chapter 11
Case No. 15-33917

---

In re:

Alpha Appalachia Services, Inc.,
a West Virginia corporation,

                Debtor.

Tax ID No.:  54-1095096

Chapter 11
Case No. 15-33921

In re:

Alpha Coal Resources Company, LLC,　　　　　Chapter 11
a Delaware limited liability company,　　　　　Case No. 15-33925

     Debtor.

Tax ID No.:  84-1341308

---

In re:

Alpha Coal Sales Co., LLC,　　　　　Chapter 11
a Delaware limited liability company,　　　　　Case No. 15-33926

     Debtor.

Tax ID No.:  16-1641207

---

In re:

Alpha Coal West, Inc.,　　　　　Chapter 11
a Delaware corporation,　　　　　Case No. 15-33931

     Debtor.

Tax ID No.:  35-1867616

---

In re:

Alpha European Sales, Inc.,　　　　　Chapter 11
a Virginia corporation,　　　　　Case No. 15-33898

     Debtor.

Tax ID No.:  54-1834161

In re:

Alpha India, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  27-4593320

Chapter 11
Case No. 15-33937

---

In re:

Alpha Land and Reserves, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  57-1136960

Chapter 11
Case No. 15-33939

---

In re:

Alpha Midwest Holding Company,
a Delaware corporation,

                Debtor.

Tax ID No.:  84-1456626

Chapter 11
Case No. 15-33944

---

In re:

Alpha Natural Resources, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  56-2298262

Chapter 11
Case No. 15-33947

In re:

Alpha Natural Resources International, LLC,
a Delaware limited liability company,

     Debtor.

Tax ID No.:  27-4592266

Chapter 11
Case No. 15-33950

---

In re:

Alpha Natural Resources Services, LLC,
a Delaware limited liability company,

     Debtor.

Tax ID No.:  27-0075099

Chapter 11
Case No. 15-33952

---

In re:

Alpha PA Coal Terminal, LLC,
a Delaware limited liability company,

     Debtor.

Tax ID No.:  26-1102515

Chapter 11
Case No. 15-33955

---

In re:

Alpha Shipping and Chartering, LLC,
a Delaware limited liability company,

     Debtor.

Tax ID No.:  41-2136215

Chapter 11
Case No. 15-33959

In re:

Alpha Sub Eight, LLC,                                    Chapter 11
a Delaware limited liability company,                   Case No. 15-33916

                        Debtor.

Tax ID No.:  47-3587689

---

In re:

Alpha Sub Eleven, Inc.,                                 Chapter 11
a Delaware corporation,                                 Case No. 15-33918

                        Debtor.

Tax ID No.:  47-3640130

---

In re:

Alpha Sub Nine, LLC,                                    Chapter 11
a Delaware limited liability company,                   Case No. 15-33922

                        Debtor.

Tax ID No.:  47-3601607

---

In re:

Alpha Sub One, LLC,                                     Chapter 11
a Delaware limited liability company,                   Case No. 15-33927

                        Debtor.

Tax ID No.:  27-4592410

In re:

Alpha Sub Ten, Inc.,                          Chapter 11
a Delaware corporation,                       Case No. 15-33930

    Debtor.

Tax ID No.:  47-3626036

---

In re:

Alpha Sub Two, LLC,                           Chapter 11
a Delaware limited liability company,         Case No. 15-33934

    Debtor.

Tax ID No.:  27-4592527

---

In re:

Alpha Terminal Company, LLC,                  Chapter 11
a Delaware limited liability company,         Case No. 15-33940

    Debtor.

Tax ID No.:  55-0802473

---

In re:

Alpha Wyoming Land Company, LLC,              Chapter 11
a Delaware limited liability company,         Case No. 15-33949

    Debtor.

Tax ID No.:  35-1661756

In re:

AMFIRE, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  51-0430939

Chapter 11
Case No. 15-33954

---

In re:

AMFIRE Holdings, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  11-3673814

Chapter 11
Case No. 15-33958

---

In re:

AMFIRE Mining Company, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  11-3673833

Chapter 11
Case No. 15-33963

---

In re:

Appalachia Coal Sales Company, Inc.,
a Virginia corporation,

                    Debtor.

Tax ID No.:  54-1188775

Chapter 11
Case No. 15-33900

In re:

Appalachia Holding Company,
a Virginia corporation,

                  Debtor.

Tax ID No.:  54-0295165

Chapter 11
Case No. 15-33901

---

In re:

Aracoma Coal Company, Inc.,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  52-1669141

Chapter 11
Case No. 15-33966

---

In re:

Axiom Excavating and Grading Services, LLC,
a Delaware limited liability company,

                  Debtor.

Tax ID No.:  20-8109122

Chapter 11
Case No. 15-33970

---

In re:

Bandmill Coal Corporation,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  55-0758310

Chapter 11
Case No. 15-33978

In re:

Bandytown Coal Company,
a West Virginia corporation,                      Chapter 11
                                                  Case No. 15-33983

                        Debtor.

Tax ID No.:  55-0751776

---

In re:

Barbara Holdings Inc.,
a Delaware corporation,                           Chapter 11
                                                  Case No. 15-33986

                        Debtor.

Tax ID No.:  25-1292326

---

In re:

Barnabus Land Company,
a West Virginia corporation,                      Chapter 11
                                                  Case No. 15-33990

                        Debtor.

Tax ID No.:  55-0728645

---

In re:

Belfry Coal Corporation,
a West Virginia corporation,                      Chapter 11
                                                  Case No. 15-33993

                        Debtor.

Tax ID No.:  61-0415137

In re:

Big Bear Mining Company,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  22-2138933

Chapter 11
Case No. 15-34000

---

In re:

Black Castle Mining Company, Inc.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  52-1891104

Chapter 11
Case No. 15-34004

---

In re:

Black King Mine Development Co.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  54-1188659

Chapter 11
Case No. 15-34008

---

In re:

Black Mountain Cumberland Resources, Inc.,
a Virginia corporation,

                    Debtor.

Tax ID No.:  27-2323540

Chapter 11
Case No. 15-33902

In re:

Boone East Development Co.,                           Chapter 11
a West Virginia corporation,                          Case No. 15-34012

                        Debtor.

Tax ID No.:  55-0717715

---

In re:

Brooks Run Mining Company, LLC,                       Chapter 11
a Delaware limited liability company,                 Case No. 15-34016

                        Debtor.

Tax ID No.:  52-2070922

---

In re:

Brooks Run South Mining, LLC,                         Chapter 11
a Delaware limited liability company,                 Case No. 15-34022

                        Debtor.

Tax ID No.:  26-0342580

---

In re:

Buchanan Energy Company, LLC,                         Chapter 11
a Virginia limited liability company,                 Case No. 15-33895

                        Debtor.

Tax ID No.:  54-0983234

In re:

Castle Gate Holding Company,
a Delaware corporation,

                  Debtor.

Tax ID No.:  84-1456620

Chapter 11
Case No. 15-34024

---

In re:

Clear Fork Coal Company,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  55-0757300

Chapter 11
Case No. 15-34026

---

In re:

Coal Gas Recovery II, LLC,
a Delaware limited liability company,

                  Debtor.

Tax ID No.:  46-2855899

Chapter 11
Case No. 15-34018

---

In re:

Crystal Fuels Company,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  55-0732366

Chapter 11
Case No. 15-34028

In re:

Cumberland Coal Resources, LP,                    Chapter 11
a Delaware limited partnership,                    Case No. 15-34030

                       Debtor.

Tax ID No.:  84-1521723

---

In re:

Dehue Coal Company,                                Chapter 11
a West Virginia corporation,                       Case No. 15-33912

                       Debtor.

Tax ID No.:  55-0619956

---

In re:

Delbarton Mining Company,                          Chapter 11
a West Virginia corporation,                       Case No. 15-33919

                       Debtor.

Tax ID No.:  55-0764304

---

In re:

Delta Mine Holding Company,                        Chapter 11
a Delaware corporation,                            Case No. 15-33923

                       Debtor.

Tax ID No.:  91-1897558

In re:

DFDSTE Corp.,
a Delaware corporation,

                    Debtor.

Tax ID No.:  84-1199429

Chapter 11
Case No. 15-33928

---

In re:

Dickenson-Russell Coal Company, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  54-2079085

Chapter 11
Case No. 15-33932

---

In re:

Dickenson-Russell Land and Reserves, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  20-4278709

Chapter 11
Case No. 15-33935

---

In re:

DRIH Corporation,
a Delaware corporation,

                    Debtor.

Tax ID No.:  54-1497754

Chapter 11
Case No. 15-33938

In re:

Duchess Coal Company,                          Chapter 11
a West Virginia corporation,                   Case No. 15-33942

                          Debtor.

Tax ID No.:  54-1725084

---

In re:

Eagle Energy, Inc.,                            Chapter 11
a West Virginia corporation,                   Case No. 15-33945

                          Debtor.

Tax ID No.:  55-0751738

---

In re:

Elk Run Coal Company, Inc.,                    Chapter 11
a West Virginia corporation,                   Case No. 15-33948

                          Debtor.

Tax ID No.:  54-1097978

---

In re:

Emerald Coal Resources, LP,                    Chapter 11
a Delaware limited partnership,                Case No. 15-33956

                          Debtor.

Tax ID No.:  84-1521724

In re:

Enterprise Mining Company, LLC,                          Chapter 11
a Delaware limited liability company,                    Case No. 15-33960

                          Debtor.

Tax ID No.:  38-3671602

In re:

Esperanza Coal Co., LLC,                                 Chapter 11
a Delaware limited liability company,                    Case No. 15-33962

                          Debtor.

Tax ID No.:  06-1652549

In re:

Foundation Mining, LLC,                                  Chapter 11
a Delaware limited liability company,                    Case No. 15-33965

                          Debtor.

Tax ID No.:  20-3378168

In re:

Foundation PA Coal Company, LLC,                         Chapter 11
a Delaware limited liability company,                    Case No. 15-33968

                          Debtor.

Tax ID No.:  84-1521726

In re:

Foundation Royalty Company,                           Chapter 11
a Delaware corporation,                               Case No. 15-33971

                           Debtor.

Tax ID No.:  84-1456627

In re:

Freeport Mining, LLC,                                 Chapter 11
a Delaware limited liability company,                 Case No. 15-33973

                           Debtor.

Tax ID No.:  84-1521725

In re:

Freeport Resources Company, LLC,                      Chapter 11
a Delaware limited liability company,                 Case No. 15-33975

                           Debtor.

Tax ID No.:  84-1230391

In re:

Goals Coal Company,                                   Chapter 11
a West Virginia corporation,                          Case No. 15-33979

                           Debtor.

Tax ID No.:  55-0737462

In re:

Gray Hawk Insurance Company,                    Chapter 11
a Kentucky corporation,                         Case No. 15-33980

                          Debtor.

Tax ID No.:  26-0483222

In re:

Green Valley Coal Company,                      Chapter 11
a West Virginia corporation,                    Case No. 15-33985

                          Debtor.

Tax ID No.:  55-0747007

In re:

Greyeagle Coal Company,                         Chapter 11
a Kentucky corporation,                         Case No. 15-33989

                          Debtor.

Tax ID No.:  55-0771551

In re:

Harlan Reclamation Services LLC,                Chapter 11
a Virginia limited liability company,           Case No. 15-33903

                          Debtor.

Tax ID No.:  54-1914510

In re:

Herndon Processing Company, LLC,
a West Virginia limited liability company,

                        Debtor.

Tax ID No.:  51-0442749

Chapter 11
Case No. 15-33992

---

In re:

Highland Mining Company,
a West Virginia corporation,

                        Debtor.

Tax ID No.:  55-0757301

Chapter 11
Case No. 15-33996

---

In re:

Hopkins Creek Coal Company,
a Kentucky corporation,

                        Debtor.

Tax ID No.:  54-1136806

Chapter 11
Case No. 15-33999

---

In re:

Independence Coal Company, Inc.,
a West Virginia corporation,

                        Debtor.

Tax ID No.:  54-1188773

Chapter 11
Case No. 15-34002

In re:

Jacks Branch Coal Company,                          Chapter 11
a West Virginia corporation,                        Case No. 15-34005

                              Debtor.

Tax ID No.:  55-0734230

In re:

Jay Creek Holding, LLC,                             Chapter 11
a Delaware limited liability company,              Case No. 15-34007

                              Debtor.

Tax ID No.:  27-4593143

In re:

Kanawha Energy Company,                             Chapter 11
a West Virginia corporation,                        Case No. 15-34010

                              Debtor.

Tax ID No.:  55-0765391

In re:

Kepler Processing Company, LLC,                     Chapter 11
a West Virginia limited liability company,          Case No. 15-34013

                              Debtor.

Tax ID No.:  51-0442560

In re:

Kingston Mining, Inc.,                                  Chapter 11
a West Virginia corporation,                            Case No. 15-33924

                              Debtor.

Tax ID No.:  31-1562659

---

In re:

Kingwood Mining Company, LLC,                           Chapter 11
a Delaware limited liability company,                   Case No. 15-33941

                              Debtor.

Tax ID No.:  57-1148058

---

In re:

Knox Creek Coal Corporation,                            Chapter 11
a Virginia corporation,                                 Case No. 15-33904

                              Debtor.

Tax ID No.:  54-1393689

---

In re:

Lauren Land Company,                                    Chapter 11
a Kentucky corporation,                                 Case No. 15-33953

                              Debtor.

Tax ID No.:  61-1209098

In re:

Laxare, Inc.,                                          Chapter 11
a West Virginia corporation,                           Case No. 15-33969

                                Debtor.

Tax ID No.:  55-0486813

In re:

Litwar Processing Company, LLC,                        Chapter 11
a West Virginia limited liability company,             Case No. 15-33976

                                Debtor.

Tax ID No.:  51-0442687

In re:

Logan County Mine Services, Inc.,                      Chapter 11
a West Virginia corporation,                           Case No. 15-33982

                                Debtor.

Tax ID No.:  31-1708085

In re:

Long Fork Coal Company,                                Chapter 11
a Kentucky corporation,                                Case No. 15-33987

                                Debtor.

Tax ID No.:  54-1605009

In re:

Lynn Branch Coal Company, Inc.,                Chapter 11
a West Virginia corporation,                   Case No. 15-33994

                  Debtor.

Tax ID No.:  54-1537451

---

In re:

Maple Meadow Mining Company,                   Chapter 11
a Delaware corporation,                        Case No. 15-34003

                  Debtor.

Tax ID No.:  55-0529664

---

In re:

Marfork Coal Company, Inc.,                    Chapter 11
a West Virginia corporation,                   Case No. 15-34009

                  Debtor.

Tax ID No.:  55-0723539

---

In re:

Martin County Coal Corporation,                Chapter 11
a Kentucky corporation,                        Case No. 15-34015

                  Debtor.

Tax ID No.:  61-0702852

In re:

Maxxim Rebuild Co., LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  01-0749355

Chapter 11
Case No. 15-34027

---

In re:

Maxxim Shared Services, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  55-0814342

Chapter 11
Case No. 15-34029

---

In re:

Maxxum Carbon Resources, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  55-0802477

Chapter 11
Case No. 15-34032

---

In re:

McDowell-Wyoming Coal Company, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  54-2079104

Chapter 11
Case No. 15-34033

In re:

Mill Branch Coal Corporation,                           Chapter 11
a Virginia corporation,                                 Case No. 15-33905

                          Debtor.

Tax ID No.:  54-1817506

In re:

New Ridge Mining Company,                               Chapter 11
a Kentucky corporation,                                 Case No. 15-34034

                          Debtor.

Tax ID No.:  61-1218677

In re:

New River Energy Corporation,                           Chapter 11
a West Virginia corporation,                            Case No. 15-34035

                          Debtor.

Tax ID No.:  54-1225713

In re:

Neweagle Industries, Inc.,                              Chapter 11
a Virginia corporation,                                 Case No. 15-33906

                          Debtor.

Tax ID No.:  54-1695751

In re:

Nicewonder Contracting, Inc.,                    Chapter 11
a West Virginia corporation,                     Case No. 15-34036

                           Debtor.

Tax ID No.:  20-0388143

---

In re:

North Fork Coal Corporation,                     Chapter 11
a Virginia corporation,                          Case No. 15-33907

                           Debtor.

Tax ID No.:  54-1679027

---

In re:

Omar Mining Company,                             Chapter 11
a West Virginia corporation,                     Case No. 15-34038

                           Debtor.

Tax ID No.:  55-0385010

---

In re:

Paramont Coal Company Virginia, LLC,             Chapter 11
a Delaware limited liability company,            Case No. 15-34039

                           Debtor.

Tax ID No.:  56-2298367

In re:

Paynter Branch Mining, Inc.,                          Chapter 11
a West Virginia corporation,                          Case No. 15-34040

                     Debtor.

Tax ID No.:  55-0746860

---

In re:

Peerless Eagle Coal Co.,                              Chapter 11
a West Virginia corporation,                          Case No. 15-34041

                     Debtor.

Tax ID No.:  55-0451306

---

In re:

Pennsylvania Land Holdings Company, LLC,              Chapter 11
a Delaware limited liability company,                 Case No. 15-34042

                     Debtor.

Tax ID No.:  84-1452626

---

In re:

Pennsylvania Land Resources, LLC,                     Chapter 11
a Delaware limited liability company,                 Case No. 15-34020

                     Debtor.

Tax ID No.:  46-2854684

In re:

Pennsylvania Land Resources Holding
Company, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  46-2855640

Chapter 11
Case No. 15-34043

---

In re:

Pennsylvania Services Corporation,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  93-1162601

Chapter 11
Case No. 15-34044

---

In re:

Performance Coal Company,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0736927

Chapter 11
Case No. 15-34045

---

In re:

Peter Cave Mining Company,
a Kentucky corporation,

                    Debtor.

Tax ID No.:  61-1360315

Chapter 11
Case No. 15-34046

In re:

Pigeon Creek Processing Corporation,                    Chapter 11
a Virginia corporation,                                  Case No. 15-33908

          Debtor.

Tax ID No.:  54-1900369

In re:

Pilgrim Mining Company, Inc.,                           Chapter 11
a Kentucky corporation,                                  Case No. 15-34047

          Debtor.

Tax ID No.:  61-1246461

In re:

Pioneer Fuel Corporation,                               Chapter 11
a West Virginia corporation,                             Case No. 15-34049

          Debtor.

Tax ID No.:  55-0545211

In re:

Plateau Mining Corporation,                             Chapter 11
a Delaware corporation,                                  Case No. 15-34050

          Debtor.

Tax ID No.:  95-3761213

In re:

Power Mountain Coal Company,                    Chapter 11
a West Virginia corporation,                    Case No. 15-33914

                        Debtor.

Tax ID No.:  31-1567082

In re:

Premium Energy, LLC,                            Chapter 11
a Delaware limited liability company,           Case No. 15-33920

                        Debtor.

Tax ID No.:  20-3562770

In re:

Rawl Sales & Processing Co.,                    Chapter 11
a West Virginia corporation,                    Case No. 15-33929

                        Debtor.

Tax ID No.:  55-0476477

In re:

Republic Energy, Inc.,                          Chapter 11
a West Virginia corporation,                    Case No. 15-33933

                        Debtor.

Tax ID No.:  55-0741015

In re:

Resource Development LLC,                           Chapter 11
a Virginia limited liability company,                Case No. 15-33909

                        Debtor.

Tax ID No.:  54-1882316

---

In re:

Resource Land Company LLC,                          Chapter 11
a Virginia limited liability company,                Case No. 15-33910

                        Debtor.

Tax ID No.:  54-1912100

---

In re:

River Processing Corporation,                       Chapter 11
a Delaware corporation,                              Case No. 15-33936

                        Debtor.

Tax ID No.:  84-1199433

---

In re:

Riverside Energy Company, LLC,                      Chapter 11
a West Virginia limited liability company,           Case No. 15-33943

                        Debtor.

Tax ID No.:  51-0442691

In re:

Riverton Coal Production Inc.,
a Delaware corporation,

                    Debtor.

Tax ID No.:  55-0739658

Chapter 11
Case No. 15-33946

---

In re:

Road Fork Development Company, Inc.,
a Kentucky corporation,

                    Debtor.

Tax ID No.:  54-1293743

Chapter 11
Case No. 15-33951

---

In re:

Robinson-Phillips Coal Company,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0386264

Chapter 11
Case No. 15-33957

---

In re:

Rockspring Development, Inc.,
a Delaware corporation,

                    Debtor.

Tax ID No.:  31-1241956

Chapter 11
Case No. 15-33961

In re:

Rostraver Energy Company,
a Pennsylvania corporation,

                 Debtor.

Tax ID No.:  25-1418256

Chapter 11
Case No. 15-33964

---

In re:

Rum Creek Coal Sales, Inc.,
a West Virginia corporation,

                 Debtor.

Tax ID No.:  31-1181801

Chapter 11
Case No. 15-33967

---

In re:

Russell Fork Coal Company,
a West Virginia corporation,

                 Debtor.

Tax ID No.:  61-0394431

Chapter 11
Case No. 15-33972

---

In re:

Shannon-Pocahontas Coal Corporation,
a West Virginia corporation

                 Debtor.

Tax ID No.:  54-1132767

Chapter 11
Case No. 15-33974

In re:

Shannon-Pocahontas Mining Company,
a general partnership

Chapter 11
Case No. 15-33977

                                    Debtor.

Tax ID No.:  55-0613879

---

In re:

Sidney Coal Company, Inc.,
a Kentucky corporation,

Chapter 11
Case No. 15-33981

                                    Debtor.

Tax ID No.:  54-1293752

---

In re:

Spartan Mining Company,
a West Virginia corporation,

Chapter 11
Case No. 15-33984

                                    Debtor.

Tax ID No.:  31-1571923

---

In re:

Stirrat Coal Company,
a West Virginia corporation,

Chapter 11
Case No. 15-33988

                                    Debtor.

Tax ID No.:  55-0728501

In re:

Sycamore Fuels, Inc.,                                    Chapter 11
a West Virginia corporation,                             Case No. 15-33991

                        Debtor.

Tax ID No.:  54-1527013

In re:

T. C. H. Coal Co.,                                       Chapter 11
a Kentucky corporation,                                  Case No. 15-33995

                        Debtor.

Tax ID No.:  61-0723123

In re:

Tennessee Consolidated Coal Company,                     Chapter 11
a Tennessee corporation,                                 Case No. 15-33997

                        Debtor.

Tax ID No.:  62-6029380

In re:

Thunder Mining Company II, Inc.,                         Chapter 11
a West Virginia corporation,                             Case No. 15-34001

                        Debtor.

Tax ID No.:  55-0770782

In re:

Trace Creek Coal Company,                          Chapter 11
a Pennsylvania corporation,                        Case No. 15-34006

              Debtor.

Tax ID No.:  25-1418260

In re:

Twin Star Mining, Inc.,                            Chapter 11
a West Virginia corporation,                       Case No. 15-34011

              Debtor.

Tax ID No.:  31-1265426

In re:

Wabash Mine Holding Company,                       Chapter 11
a Delaware corporation,                            Case No. 15-34014

              Debtor.

Tax ID No.:  91-1897559

In re:

Warrick Holding Company,                           Chapter 11
a Delaware corporation,                            Case No. 15-34017

              Debtor.

Tax ID No.:  91-1897557

In re:

West Kentucky Energy Company,
a Kentucky corporation,

        Debtor.

Tax ID No.:  27-0516756

Chapter 11
Case No. 15-34019

---

In re:

White Buck Coal Company,
a West Virginia corporation,

        Debtor.

Tax ID No.:  55-0747028

Chapter 11
Case No. 15-34021

---

In re:

Williams Mountain Coal Company,
a West Virginia corporation,

        Debtor.

Tax ID No.:  55-0729825

Chapter 11
Case No. 15-34023

---

In re:

Wyomac Coal Company, Inc.,
a West Virginia corporation,

        Debtor.

Tax ID No.:  55-0574144

Chapter 11
Case No. 15-34025

### ORDER, PURSUANT TO RULE 1015(b) OF THE
### FEDERAL RULES OF BANKRUPTCY PROCEDURE, DIRECTING
### <u>JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES</u>

This matter coming before the Court on the Motion of Debtors and Debtors in

Possession, Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, for an Order

Directing the Joint Administration of their Chapter 11 Cases (the "<u>Motion</u>"),[1] filed by the debtors

and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>"); the Court

having reviewed the Motion and the First Day Declarations and having considered the statements

of counsel with respect to the Motion at a hearing before the Court (the "<u>Hearing</u>"); and the

Court having found that (i) the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and

(iii) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court

having determined that the legal and factual bases set forth in the Motion and the First Day

Declarations and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The 150 above-captioned chapter 11 cases are consolidated for procedural

purposes only and shall be jointly administered by the Court.  One consolidated docket, one file

and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the

United Stated Bankruptcy Court for Eastern District of Virginia with the assistance of the claims

and noticing agent retained by the Debtors in these chapter 11 cases, which shall be the file and

docket for the chapter 11 case of Alpha Natural Resources, Inc., Case Number 15-33896 (KRH).

---

[1]        Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned chapter 11 cases.

4.      The caption of the jointly administered chapter 11 cases (the "<u>Caption</u>") shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., <u>et al.</u>, | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

5.      The requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that notices required to be sent by the Debtors contain the name, address and last four digits of the taxpayer identification number of each Debtor are hereby waived.

6.      A notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases other than Alpha Natural Resources, Inc. to reflect the joint administration of these cases:

An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules for United States Bankruptcy Court for the Eastern District of Virginia directing the procedural consolidation and joint administration of the chapter 11 cases of: Alpha Natural Resources, Inc.; Alex Energy, Inc.; Alpha American Coal Company, LLC; Alpha American Coal Holding, LLC; Alpha Appalachia Holdings, Inc.; Alpha Appalachia Services, Inc.; Alpha Coal Resources Company, LLC; Alpha Coal Sales Co., LLC; Alpha Coal West, Inc.; Alpha European Sales, Inc.; Alpha India,

LLC; Alpha Land and Reserves, LLC; Alpha Midwest Holding
Company; Alpha Natural Resources, LLC; Alpha Natural
Resources International, LLC; Alpha Natural Resources Services,
LLC; Alpha PA Coal Terminal, LLC; Alpha Shipping and
Chartering, LLC; Alpha Sub Eight, LLC; Alpha Sub Eleven, Inc.;
Alpha Sub Nine, LLC; Alpha Sub One, LLC; Alpha Sub Ten, Inc.;
Alpha Sub Two, LLC; Alpha Terminal Company, LLC; Alpha
Wyoming Land Company, LLC; AMFIRE, LLC; AMFIRE
Holdings, LLC; AMFIRE Mining Company, LLC; Appalachia
Coal Sales Company, Inc.; Appalachia Holding Company;
Aracoma Coal Company, Inc.; Axiom Excavating and Grading
Services, LLC; Bandmill Coal Corporation; Bandytown Coal
Company; Barbara Holdings Inc.; Barnabus Land Company;
Belfry Coal Corporation; Big Bear Mining Company; Black Castle
Mining Company, Inc.; Black King Mine Development Co.; Black
Mountain Cumberland Resources, Inc.; Boone East Development
Co.; Brooks Run Mining Company, LLC; Brooks Run South
Mining, LLC; Buchanan Energy Company, LLC; Castle Gate
Holding Company; Clear Fork Coal Company; Coal Gas
Recovery II, LLC; Crystal Fuels Company; Cumberland Coal
Resources, LP; Dehue Coal Company; Delbarton Mining
Company; Delta Mine Holding Company; DFDSTE Corp.;
Dickenson-Russell Coal Company, LLC; Dickenson-Russell Land
and Reserves, LLC; DRIH Corporation; Duchess Coal Company;
Eagle Energy, Inc.; Elk Run Coal Company, Inc.; Emerald Coal
Resources, LP; Enterprise Mining Company, LLC; Esperanza Coal
Co., LLC; Foundation Mining, LLC; Foundation PA Coal
Company, LLC; Foundation Royalty Company; Freeport Mining,
LLC; Freeport Resources Company, LLC; Goals Coal Company;
Gray Hawk Insurance Company; Green Valley Coal Company;
Greyeagle Coal Company; Harlan Reclamation Services LLC;
Herndon Processing Company, LLC; Highland Mining Company;
Hopkins Creek Coal Company; Independence Coal Company, Inc.;
Jacks Branch Coal Company; Jay Creek Holding, LLC; Kanawha
Energy Company; Kepler Processing Company, LLC; Kingston
Mining, Inc.; Kingwood Mining Company, LLC; Knox Creek Coal
Corporation; Lauren Land Company; Laxare, Inc.; Litwar
Processing Company, LLC; Logan County Mine Services, Inc.;
Long Fork Coal Company; Lynn Branch Coal Company, Inc.;
Maple Meadow Mining Company; Marfork Coal Company, Inc.;
Martin County Coal Corporation; Maxxim Rebuild Co., LLC;
Maxxim Shared Services, LLC; Maxxum Carbon Resources, LLC;
McDowell-Wyoming Coal Company, LLC; Mill Branch Coal
Corporation; New Ridge Mining Company; New River Energy
Corporation; Neweagle Industries, Inc.; Nicewonder Contracting,
Inc.; North Fork Coal Corporation; Omar Mining Company;

Paramont Coal Company Virginia, LLC; Paynter Branch Mining, Inc.; Peerless Eagle Coal Co.; Pennsylvania Land Holdings Company, LLC; Pennsylvania Land Resources, LLC; Pennsylvania Land Resources Holding Company, LLC; Pennsylvania Services Corporation; Performance Coal Company; Peter Cave Mining Company; Pigeon Creek Processing Corporation; Pilgrim Mining Company, Inc.; Pioneer Fuel Corporation; Plateau Mining Corporation; Power Mountain Coal Company; Premium Energy, LLC; Rawl Sales & Processing Co.; Republic Energy, Inc.; Resource Development LLC; Resource Land Company LLC; River Processing Corporation; Riverside Energy Company, LLC; Riverton Coal Production Inc.; Road Fork Development Company, Inc.; Robinson-Phillips Coal Company; Rockspring Development, Inc.; Rostraver Energy Company; Rum Creek Coal Sales, Inc.; Russell Fork Coal Company; Shannon-Pocahontas Coal Corporation; Shannon-Pocahontas Mining Company; Sidney Coal Company, Inc.; Spartan Mining Company; Stirrat Coal Company; Sycamore Fuels, Inc.; T. C. H. Coal Co.; Tennessee Consolidated Coal Company; Thunder Mining Company II, Inc.; Trace Creek Coal Company; Twin Star Mining, Inc.; Wabash Mine Holding Company; Warrick Holding Company; West Kentucky Energy Company; White Buck Coal Company; Williams Mountain Coal Company; Wyomac Coal Company, Inc. The docket in the chapter 11 case of Alpha Natural Resources, Inc., Case No. 15-33896 (KRH), should be consulted for all matters affecting this case.

7.      The Debtors are authorized to utilize a combined service list for the jointly administered cases, and combined notices may be sent to creditors of the Debtors' estates and other parties in interest, as applicable.

8.      The Debtors are hereby authorized to file the monthly operating reports required by the Guidelines promulgated by the U.S. Trustee on a consolidated basis for all Debtors; provided, however, that nothing herein shall relieve the Debtors from any obligation to report disbursements on a Debtor-by-Debtor basis.

9.      Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     The requirement under Local Bankruptcy Rule 9013-1(G) to file a

memorandum of law in connection with the Motion is hereby waived to the extent necessary.

11.     This Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Aug 5 2015

Dated: _____, 2015                    /s/ Kevin R. Huennekens
        Richmond, Virginia                    _____
                                              UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 8/5/15

WE ASK FOR THIS:

Respectfully submitted,

   /s/  Tyler P. Brown
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:    (804) 788-8218

and

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

   /s/  Tyler P. Brown